**Order entered November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00858-CR

**JOSHUA RYAN FLANAGIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32550CR**

## ORDER

Before the Court is court reporter Julie Vrooman's October 30, 2019 second request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before November 25, 2019. Ms. Vrooman is cautioned that further extensions are disfavored.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, court reporter, 354th Judicial District Court; and counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE